**Carol DALENKO, Plaintiff–Appellant,**

v.

**NEWS AND OBSERVER PUBLISHING COMPANY, d/b/a The News and Observer, Defendant–Appellee,**

and

**Orage Quarles, III, President & Publisher, by and through; H. Hugh Stevens, Jr., d/b/a Everett, Gaskins, Hancock & Stevens, LLP, Defendants.**

No. 13–1075.

United States Court of Appeals, Fourth Circuit.

Submitted: June 13, 2013.

Decided: June 17, 2013.

Carol Dalenko, Appellant pro se. Carolyn Amanda Martin, Michael J. Tadych, Stevens Martin Vaughn & Tadych, PLLC, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, KING, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol Dalenko appeals the district court's order denying her motion to reopen and to amend her complaint and the order denying her motions for findings and to amend and to vacate. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Dalenko v. News & Observer Publ'g Co.*, No. 5:10–cv–00184–H (E.D.N.C. June 13, 2012; Jan. 15, 2013). We grant the motion to replace the informal reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*